

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0346-15

**DANIEL VASQUEZ DOMINGUEZ, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE ELEVENTH COURT OF APPEALS TAYLOR COUNTY

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure

9.4(i)(2)(D), because the petition exceeds the proper page limits.

The petition is struck.  *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition.  The redrawn petition and copies must be

filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: July 29, 2015
Do Not Publish